■ DOUGLAS RITTENHOUSE, Individually and as Guardian ad Litem for RAYMOND S. RITTENHOUSE, an Infant, Appellant, v. TOWN OF NORTH HEMP-STEAD et al., Respondents, et al., Defendant.— Motion by plaintiffs-appellants for reargument and for leave to appeal to the Court of Appeals referred to the

court that rendered the decision of September 26, 1960. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur. Motion denied, without costs. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.